USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-23-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE FORT MILLER CO., INC.,

        Plaintiff,

- against -

ECCO III ENTERPRISES, INC. et al.,

        Defendants.

19cv10285 (JGK)

**ORDER**

---

JOHN G. KOELTL, District Judge:

The Clerk is directed to close Docket Number 16.

SO ORDERED.

Dated:   New York, New York
        December 21, 2019

                                    John G. Koeltl
                                United States District Judge